# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| RIVERPORT INSURANCE COMPANY, | Case No. 18-CV-4041-LTS |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| JONATHAN ESPINOZA, STATE STEEL SUPPLY CO., ALL IN A DAY, LLC, and NORMAN DIVIS, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action is hereby dismissed on its merits with prejudice, without costs, disbursements or attorneys' fees to any party.

Dated: October 3, 2018

Respectfully submitted,

HINSHAW & CULBERTSON LLP

s/ Paulette S. Sarp
Paulette S. Sarp (AT0011748)
333 South 7th St., Suite 2000
Minneapolis, MN 55402
Tel: (612) 334-2626
Fax: (612) 334-8888
psarp@hinshawlaw.com

ATTORNEYS FOR PLAINTIFF
RIVERPORT INSURANCE COMPANY

Dated: October 3, 2018					Respectfully submitted,

							SMITH & MCELWAIN LAW OFFICE


							s/ Dennis M. McElwain
							―――――――――――――――――――――
							Dennis M. McElwain
							505 5th St., Suite 530
							P.O. Box 1194
							Sioux City, IA  51102
							Tel:  (712) 255-8094
							Fax: (712) 255-3825
							smitmcel@aol.com

							ATTORNEYS FOR DEFENDANT
							JONATHAN ESPINOZA


Dated: October 3, 2018					Respectfully submitted,

							HEIDMAN LAW FIRM, P.L.L.C.


							s/ John C. Gray
							―――――――――――――――――――――
							John C. Gray, AT0002938
							1128 Historic Fourth Street
							Sioux City, IA  51101
							Tel:  (712) 255-8838
							John.Gray@Heidmanlaw.com

							ATTORNEYS FOR DEFENDANT STATE
							STEEL SUPPLY CO. and NORMAN DIVIS

2

Dated: October 3, 2018                               Respectfully submitted,

                                                     GOOSMANN LAW FIRM, PLC


                                                     s/ Jeana L. Goosmann
                                                     Jeana L. Goosmann
                                                     5010 S. Minnesota Avenue, Suite 100
                                                     Sioux City, SD  57108
                                                     Tel:  (605) 371-2000
                                                     GoosmannJ@goosmannlaw.com

                                                     ATTORNEYS FOR DEFENDANT ALL IN A
                                                     DAY, LLC